ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
wwong@gordonrees.com

*Attorneys for MetLife Home Loans, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND O'NEAL, | Case No.: 2:17-cv-01245-RFB-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO COMPLAINT [ECF NO. 1]** |
| METLIFE HOME LOANS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. | |
| Defendants. | **FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Raymond O'Neal ("Plaintiff"), and Defendant MetLife Home Loans, LLC ("MetLife"), by and through their respective attorneys of record, stipulate as follows:

## **STIPULATION**

1. Plaintiff filed his Complaint on May 3, 2017 [ECF No. 1].

2. MetLife recently retained counsel and a short extension is necessary to allow MetLife's counsel to obtain the file and investigate the allegations in the Complaint before responding.

3. Plaintiff and MetLife also anticipate in engaging in settlement discussions on this case and wish to extend the deadline for MetLife to respond to the Complaint until June 20, 2017. This will allow the parties to continue settlement discussions without incurring additional fees and expenses.

4. MetLife requests additional time to file a response to the Complaint and Plaintiff does not object to the request.

5. Therefore, the parties agree that MetLife's response to the Complaint is now due on or before **June 20, 2017**.

DATED: May 23, 2017.

GORDON & REES LLP

*/s/ Robert S. Larsen*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for MetLife Home Loans*

DATED: May 23, 2017.

PAYNE LAW FIRM LLC

*/s/ Sean N. Payne*
SEAN N. PAYNE, ESQ.
Nevada Bar No. 13216
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, Nevada 89123

DAVID H. KRIEGER, ESQ.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Las Vegas, NV 89123

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
KNEPPER & CLARK, LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129

*Attorneys for Plaintiff Raymond O'Neal*

IT IS SO ORDERED.

DATED: May 24, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

-2-