ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON & REES LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
      wwong@gordonrees.com

*Attorneys for MetLife Home Loans, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND O'NEAL,<br><br>    Plaintiff,<br><br>vs.<br><br>METLIFE HOME LOANS, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No.: 2:17-cv-01245-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SERVE INITIAL DISCLOSURES**<br><br>**FIRST REQUEST** |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Raymond O'Neal ("Plaintiff"), Defendant MetLife Home Loans, LLC ("MLHL"), and Experian Information Solutions Inc. ("Experian"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. The Parties submitted their proposed discovery plan and scheduling order on June 22, 2017. [ECF No. 10].

2. The Court granted and issued the scheduling order on June 26, 2017. [ECF No. 13].

3. The scheduling order provides that initial disclosures would be made by June 27, 2017. *Id.* at 3:1-2.

///

-1-

**Gordon & Rees LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

4. The Parties request additional time to make their respective additional disclosures and request an extension until July 7, 2017.

5. The reason for the request is primarily a result of MLHL's counsel being unable to access the database established by MLHL containing MLHL's relevant documents prior to the current due date for initial disclosures due to a technical issue.

6. While access has been granted as of June 27, 2017, MLHL's counsel needs additional time to review the documents prior to disclosure.

7. In order to accommodate schedules of the Parties, their respective attorneys and the upcoming July 4th holiday, the Parties request an extension until July7, 2017.

8. This stipulation is not being made for purposes of delay.

9. Therefore, the Parties agree that the Parties' initial disclosures are now due on or before **July 7, 2017**.

DATED: June 27, 2017.                                   DATED: June _____, 2017.

GORDON & REES LLP                                       PAYNE LAW FIRM LLC

*/s/ Robert S. Larsen*                                  */s/ Sean N. Payne*
ROBERT S. LARSEN, ESQ.                                  SEAN N. PAYNE, ESQ.
Nevada Bar No. 7785                                     Nevada Bar No. 13216
300 South Fourth Street, Suite 1550                     9550 S. Eastern Ave., Suite 253-A213
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89123

*Attorneys for MetLife Home Loans*                      DAVID H. KRIEGER, ESQ.
                                                        Nevada Bar No. 9086
                                                        HAINES & KRIEGER, LLC
DATED: June __, 2017.                                   8985 S. Eastern Ave., Suite 350
                                                        Las Vegas, NV 89123
.
                                                        Matthew I. Knepper, Esq.
                                                        Miles N. Clark, Esq.
                                                        KNEPPER & CLARK, LLC
                                                        10040 W. Cheyenne Ave., Suite 170-109
                                                        Las Vegas, NV 89129

                                                        *Attorneys for Plaintiff Raymond O'Neal*

| | |
|---|---|
| 1 | NAYLOR & BRASTER |
| 2 | |
| 3 | */s/ Jennifer Braster*<br>JENNIFER BRASTER, ESQ.<br>Nevada Bar No. 9982 |
| 4 | 1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145 |
| 5 | |
| 6 | *Attorneys for Experian Information Solutions, Inc* |

IT IS SO ORDERED.

DATED: June 28, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**Gordon & Rees LLP**
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

8011106/33508063v.1