Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

Sean N. Payne, Esq.
Nevada Bar No. 13216
PAYNE LAW FIRM LLC
9550 S. Eastern Ave., Suite 253-A213
Las Vegas, NV 89123
Phone: (702) 952-2733
FAX: (702) 462-7227
Email: seanpayne@spaynelaw.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND O'NEAL, | |
| Plaintiff, | Case No. 2:17-cv-01245-RFB-CWH |
| V. | |
| METLIFE HOME LOANS, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Raymond O'Neal and Defendants Experian Information Solutions, Inc. ("Experian") and Metlife Home Loans, LLC, by and through their respective counsel of record, hereby stipulate and agree to dismiss Plaintiff's claims against Experian only with prejudice. Each party shall bear its own fees and costs.

| Dated: December 6, 2017. | Dated: December 6, 2017. |
|---|---|
| **PAYNE LAW FIRM LLC** | **NAYLOR & BRASTER** |
| /s/ Sean N. Payne<br>Sean N. Payne, Esq.<br>Nevada Bar No. 13216<br>9550 S. Eastern Ave., Suite 253-A213<br>Las Vegas, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br><br>*Attorneys for Plaintiff* | /s/ Jennifer Braster, Esq.<br>Jennifer L Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br><br>*Attorneys for Defendant Experian Information Solutions, Inc.*<br><br>Dated: December 6, 2017.<br><br>**GORDON & REES LLP**<br><br>/s/ Robert S. Larsen, Esq.<br>Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorney for Defendant MetLife Home Loans* |

### **ORDER**

IT IS SO ORDERED.

DATED: December 12, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge